# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

### Docket No. 24-cv-4445

THOMAS MCKOWEN,

     Plaintiff, an individual,

v.                                                 Notice of Appeal

G.A.S. GLOBAL SERVICES, LLC

and

CONOCOPHILLIPS COMPANY,

Defendants.

---

Plaintiff Thomas McKowen appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment of the District Court ordering arbitration entered on March 18, 2025. ECF No.33

     */s/Bruce Fein*
     Bruce Fein
     Law Offices of Bruce Fein
     300 New Jersey Avenue, N.W., Suite 300
     Washington, D.C. 20001
     Phone:  202-465-8728
     Email: bruce@feinpoints.com
     Attorney for Plaintiff-Appellant